IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                       No. CIV S-06-0545 MCE EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.                ORDER
_____/

       Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested voluntary dismissal of this action.

       Accordingly, it is ORDERED that:

       1. Plaintiff's March 5, 2007, request for voluntary dismissal of this action is granted;

       2. This action is dismissed without prejudice; and

       3. The Clerk is directed to close this case.

Dated: March 14, 2007.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE